# 6TH DIVISION

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

JOHN W. POLLARD                                                                 PLAINTIFF

VS.      60CV 2011 0427      FILED 01/28/11 09:18:07
                              Larry Crane Pulaski Circuit Clerk
WELSPUN TUBULAR LLC                          PH                    DEFENDANT

## COMPLAINT

The Plaintiff, John W. Pollard (hereinafter "Plaintiff" unless designated otherwise), wish to set forth his complaint against Defendant, Welspun Tubular LLC (hereinafter "Welspun" unless designated otherwise). Plaintiff alleges and states as follows:

## JURISDICTION AND VENUE

1.  This is an action to recover damages for personal injuries sustained. John W. Pollard is a resident of Pulaski County, Arkansas at the time of the incident. Therefore, this matter is properly brought in the Circuit Court of Pulaski County, Arkansas, pursuant to Ark. Code Ann. §16-58-118. Further, this Court has jurisdiction pursuant to Ark. Code Ann. §16-13-201.

## THE PARTIES

2.  John W. Pollard is a resident of Pulaski County, Arkansas and was an employee of Bowling Security at the time he suffered injury.

3.  Welspun is a foreign Limited Liability Company doing business in Arkansas, whose agent for service is Rajesh Chokhani, 9301 Frazier Pike, Little Rock, Arkansas 72206.

## THE CAUSE OF ACTION

4.  The Plaintiff worked for Bowling Security, who was contracted to provide security for Welspun's Little Rock facility. On April 20, 2010 around 4:00 a.m. the Plaintiff was walking to his vehicle to make a routine security sweep of Welspun's facility, when he stepped in

a hole in Welspun's parking lot. The parking lot had poor lighting and the hole was due to the removal of truck scales belonging to Welspun. The maintenance and care of the parking lot is the responsibility of Welspun. Welspun had previously removed a truck scale, however failed to properly repair the hole left behind, which was in the parking lot. When the Plaintiff fell, he broke several ribs, severely injured his right side and his body as a whole.

## ACTS OF NEGLIGENCE OF WELSPUN

5. Due to the negligence of the Defendant, Welspun, Plaintiff John W. Pollard was severely injured. This negligence consisted of, but was not limited to, the following:

(a) Failure to follow Welspun's own policies regarding maintenance and repairs of the parking lot, at issue, and to otherwise properly maintain, inspect;

(b) Failure to properly prepare the work site before turning the area over to the security guards and/or its workers;

(c) Failing to maintain proper lighting of the parking lot at all times;

(d) Failure to properly repair the hole left after the removal of the truck scale;

(e) Failure to exercise ordinary care for the safety of John W. Pollard, to whom Welspun owed a duty.

## COMPENSATORY DAMAGES

6. The allegations of paragraphs 1-5 are re-alleged and incorporated herein by reference.

7. Because Welspun was negligent, John W. Pollard has sustained the following losses:

(a) He has sustained pain, suffering and mental anguish from this accident,

and he will continue to experience this pain in the future;

(b) He has incurred medical bills and will need medical care, treatment, services, and care-taking expenses in the future;

(c) He has suffered permanent and extreme disfigurement; and

(d) He has lost his earning capacity, as well as the loss of the ability to earn in the future and a loss of his past wages.

For all of which Plaintiff John W. Pollard is entitled to recover a total sum within the jurisdiction of this Court and in excess of federal diversity jurisdiction.

## JURY TRIAL DEMAND

8. Plaintiff demand a trial by jury upon all issues herein.

**WHEREFORE**, the Plaintiff, John W. Pollard, prays for judgment against Defendant in an amount within the jurisdiction of this Court and in excess of federal diversity jurisdiction; for a trial by jury; for his costs expended herein; for prejudgment interest from the date of injury through the date of judgment; and for all other just and proper relief to which he may be entitled.

Respectfully submitted,

HOLLEMAN & ASSOCIATES, P.A.
200 West Capitol Ave., Suite 1620
Little Rock, AR 72201
Phone: (501) 975-5040
Fax: (501) 975-5043

By: _____
John T. Holleman, ABN. 91056